UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

KOREY ABERLE

Debtor

Chapter 13

Case No. 16-20056

## ORDER CONFIRMING AMENDED CHAPTER 13 PLAN
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

After notice and hearing on confirmation of the debtor's Amended Chapter 13 plan, the Court finds that it complies with all provisions of Title 11 and that it is in the best interests of all creditors, the debtor and the estate. It is hereby ORDERED that the debtor's Amended Chapter 13 plan dated **November 29, 2016** as appears on the court docket as Docket Entry #39 is confirmed as filed or modified as set forth below. Terms of the plan not expressly modified by this order are incorporated herein and made a part hereof by reference. The Court retains jurisdiction to make such other and further orders as may be necessary or appropriate to effect the plan and this order.

I.    The following modifications to the plan are hereby ORDERED:

[ ] A.    The total term of the plan shall be _____ months.

**[X] B.    The debtor's monthly payment shall be $2,500.00 per month, commencing in June, 2017. The lump sum to be contributed from a refinance of the Debtor's residence by month 60 shall be $78,337.56. Total to be paid by the debtor to the trustee is $216,137.56 plus excess tax refunds as provided below. The trustee's commission is estimated to be $21,613.76.**

[ ] C.    The trustee is authorized and directed to pay debtor's counsel's fees as set forth in the plan and make interim distributions to undisputed secured, priority, executory contract and unexpired lease creditors as set forth in the plan pursuant to their timely filed claims, subject to the trustee's statutory fees (28 U.S.C. § 586). This order does not constitute final confirmation of the plan and is not a determination of any issue other than the authority of the trustee to make such payments.

[ ] D.    The stipulation between or among the debtor, the trustee and [party in interest ] dated [date ] is approved and incorporated by reference into this order.

**[X] E.    Other:  SLS shall receive 5.25% interest on its secured claim ($151,000.00), which will be paid $13,584.31 in June, 2017, and $1,900.00 per month for 43 months beginning in July, 2017. The remaining secured claim balance of $74,582.95 shall be paid from the lump sum by month 60 from a refinance of the property. The total secured claim, including interest is $169,867.26.**

**Maine Water shall be paid 7.0% interest on their secured claim for a total claim of $668.01.**

**The City of Biddeford claim shall be paid in full in June, 2017.**

**The reserve shall be $9,350.22.**

II.     It is FURTHER ORDERED as follows:

A.     If the plan contemplates litigation or the sale of assets as a source of funding, the debtor shall file any application to employ the necessary professionals within 30 days of the date of this order.

B.     As soon as practicable after the claims bar date, but no later than 90 days thereafter, the debtor shall file a motion to allow or disallow claims. The debtor may join that motion with such other motions as may be appropriate.

C.     A temporary reduction or suspension of the debtor's payments for up to ten weeks may be granted at the trustee's discretion without further notice or hearing, except that the trustee may not suspend the debtor's obligation to make the portion of any payment administered by the trustee during the plan for long-term debt that will survive the debtor's discharge (e.g., mortgage obligations). Any other reduction or suspension of payments may be allowed only after notice and hearing upon motion to the Court.

D.     Whether or not provided in the plan, the debtor shall pay to the trustee as additional plan contributions all tax refunds, combined state and federal, in excess of $1,200 per year, per debtor. The debtor shall submit to the trustee copies of federal and state income tax returns each year during the term of the plan within 14 days of the filing of such returns with the appropriate tax authorities.

E.     The debtor shall pay all postpetition tax liabilities as they fall due except as provided in the plan or as may be permitted by further Court order.

F.     The trustee is not precluded from raising pre-confirmation defaults in any post-confirmation proceeding.

G.     Tax authorities are hereby granted relief from the automatic stay for the limited purpose of setting off pre-petition tax refunds against like pre-petition tax indebtedness.

H.     All property of the estate, whether in the possession of the trustee or the debtor, remains property of the estate subject to the Court's jurisdiction notwithstanding 11 U.S.C. § 1327(b).

The Clerk shall make an appropriate entry on the docket.

Date:                                          _____
                                                United States Bankruptcy Judge